IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

EFRAIN T. IRIZARRY-COLON, ESQ.
and BUFETE IRIZARRY-COLON

Petitioners

vs

INSPECTOR GENERAL OF THE
UNITED STATES DEPARTMENT OF
AGRICULTURE

Respondent

MISC. 05-0084CCC

# ORDER

Having considered the Petition to Quash Administrative Subpoena filed by petitioners Efren T. Irizarry-Colón and "Bufete Irizarry Colón" on May 23, 2005 (**docket entry 1**), the same is DENIED, as the Inspector General of the United States Department of Agriculture has made a sufficient showing through its Motion to Deny Customer Challenge and to Enforce Administrative Subpoena filed on July 19, 2005 (docket entry 2) and its Memorandum in Support (docket entry 3), that there is reason to believe that the law enforcement inquiry initiated against petitioners is legitimate and a reasonable belief that the bank records sought are relevant to that inquiry, as required by 12 U.S.C. §3410(c). See also U.S. v. Comley, 890 F.2d 539, 541 (1st Cir. 1989) ("As long as the investigation is within the agency's authority, the subpoena is not too indefinite, and the information sought is reasonably relevant, the district court must enforce an administrative subpoena."); U.S. v. Sturm, Ruger & Co., Inc., 84 F.3d 1, 4 (1st Cir. 1996).

The Inspector General's Motion to Deny Customer Challenge and to Enforce Administrative Subpoena (**docket entry 2**) is GRANTED.

SO ORDERED.

At San Juan, Puerto Rico, on July 27, 2005.

S/CARMEN CONSUELO CEREZO
United States District Judge